ALLAN LEVINE et al., Respondents, v. SHELL OIL COMPANY, Defendant and Third-Party Plaintiff-Appellant-Respondent, et al., Defendant, and JOSEPH VISCONTI, Third-Party Defendant-Appellant.—

576

Christ, P. J., Rabin and Benjamin, JJ., concur; Hopkins and Munder, JJ., dissent and vote to affirm the judgment.